IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01459-MSK-BNB

H. LEON WERT,

Plaintiff,

v.

CHILD SUPPORT RECOVERIES, INC., d/b/a Premier Collection Service, and
DREW MOORE, Attorney at Law,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Unopposed Motion to Allow Client/Adjuster Appearance by Telephone** [docket no. 16, filed August 27, 2010] (the "Motion").

     IT IS ORDERED that the Motion is DENIED.


DATED:  August 30, 2010